UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TACTICAL INFRASTRUCTURE S.A.,

          Plaintiff,        24-cv-2307 (JGK)

  - against -          ORDER

APEX ENERGY ALTERNATIVE RESOURCES,
INC., ET AL.,

          Defendants.

---

Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendants to answer was April 22, 2024. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **May 10, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff is directed to serve a copy of this Order on the defendants and to file proof of such service on the docket by **May 1, 2024**.

SO ORDERED.

Dated:    New York, New York
         April 26, 2024

                                      John G. Koeltl
                                 United States District Judge