```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

TACTICAL INFRASTRUCTURE S.A.,

              Plaintiff,            24-cv-2307 (JGK)

      - against -                 ORDER

APEX ENERGY ALTERNATIVE RESOURCES,
INC., ET AL.,

              Defendants.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 27, 2024.**

SO ORDERED.

Dated:    New York, New York
          May 13, 2024

                                            John G. Koeltl
                                **United States District Judge**