```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

**TACTICAL INFRASTRUCTURE S.A.,**

             **Plaintiff,**

    - against -

**APEX ENERGY ALTERNATIVE RESOURCES, INC., ET AL.,**

             **Respondent.**

                         **24-cv-2307 (JGK)**

                         <u>**ORDER**</u>

-----------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **June 18, 2024,** at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
               **May 30, 2024**

                                         /s/ John G. Koeltl
                                            **John G. Koeltl**
                              **United States District Judge**