```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TACTICAL INFRASTRUCTURE S.A.,

                Plaintiff,

- against -

APEX ENERGY ALTERNATIVE RESOURCES, INC., ET AL.,

                Respondent.

24-cv-2307 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court notes that Defendant Apex Energy Alternative Resources, Inc. ("Apex"), cannot appear in this Court without counsel. See Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983). Accordingly, the motion to dismiss, ECF No. 15, and motion to join additional parties, ECF No. 19, are **stricken**. The Clerk is directed to strike ECF Nos. 15 and 19 from the docket but retain the summary docket text for the record.

    The time for Apex to appear by counsel and to respond to the complaint is **July 26, 2024.**

    The Clerk is also directed to add to the address of Defendant Robert S. Willoughby: 30 Park Avenue, Mount Vernon, New York 10550. Finally, the Clerk is directed to mail a copy of this Order to Mr. Willoughby at that address.

**SO ORDERED.**

Dated:   New York, New York
          June 18, 2024

                                       /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge