UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TACTICAL INFRASTRUCTURE S.A.,

                Plaintiff,

- against -

APEX ENERGY ALTERNATIVE RESOURCES, INC., ET AL.,

                Defendants.

24-cv-2307 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the plaintiff should file an amended complaint by **September 24, 2024**. The defendants can move or answer by **October 15, 2024**. The plaintiff should respond by **November 8, 2024**. The defendants may reply by **November 18, 2024**.

SO ORDERED.

Dated:    New York, New York
           September 10, 2024

                                      John G. Koeltl
                                    United States District Judge