UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

TACTICAL INFRASTRUCTURE S.A.,

                Plaintiff,

  - against -

APEX ENERGY ALTERNATIVE RESOURCES,
INC., ET AL.,

                Defendants.
---

24-cv-2307 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference regarding the defendants' motion for joinder (ECF No. 40) on **Wednesday, November 13, 2024**, at **4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           November 5, 2024

                                          John G. Koeltl
                                      United States District Judge