```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TACTICAL INFRASTRUCTURE S.A.,

        Plaintiff,

- against -

APEX ENERGY ALTERNATIVE RESOURCES, INC., ET AL.,

        Defendants.

24-cv-2307 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss (ECF No. 34).

SO ORDERED.

Dated:    New York, New York
           November 21, 2024

                                          John G. Koeltl
                                 United States District Judge