# C | T | S | W

## COHEN TAUBER SPIEVACK & WAGNER P.C.

# MEMO ENDORSED.

direct:  212-381-8745
e-mail:  krubinstein@ctswlaw.com

March 25, 2025

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Application **GRANTED.**  The conference currently scheduled
for April 8 is **ADJOURNED** to **May 8, 2025, at 10:00 a.m.**

**SO ORDERED.**

**Ona T. Wang**                                                              March 25, 2025
U.S.M.J.

Re:    *Tactical Infrastructure S.A. v. Apex Energy Alternative Resources, Inc., et al.*
       *1:24-cv-02307 (JGK)*

Dear Judge Wang:

We represent Tactical Infrastructure S.A. ("Tactical"), the plaintiff in the above-referenced
action.  On behalf of all the parties to this matter, we respectfully request an adjournment of the
Status Conference currently scheduled for April 8, 2025.  (Counsel for Tactical and defendants
have work-related conflicts on that date.)  The parties respectfully request that the conference be
held on May 8, 2025 at 10:00 a.m.

Thank you for your consideration.

Respectfully submitted,

/s/ Kenneth J. Rubinstein

Kenneth J. Rubinstein

cc:    Daniel A. Singer, Esq.
       Counsel for defendants
       (*By ECF*)