**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TACTICAL INFRASTRUCTURE S.A.

       Plaintiff,       24-cv-2307 (JGK) (OTW)

  -against-           **ORDER**

APEX ENERGY ALTERNATIVE RESOURCES, INC.,
et al.

       Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

A status conference was held in this matter on May 8, 2025.  As discussed on the record at the conference, it is **ORDERED** that:

- The parties will exchange initial disclosures by **Thursday, May 22, 2025**;

- The parties will submit a joint proposed protective order for the Court's review by **Thursday, May 22, 2025**;

- The parties will serve initial requests for production of documents by **Friday, May 30, 2025**; and

- The deadline for fact discovery is **Friday, October 3, 2025**, without prejudice to future extensions.

The parties are further directed to file a joint status letter on the docket on **Friday, May 30, 2025**.

The Court will hold a status conference in this matter on **Tuesday, June 17, 2025, at 11:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.  Counsel for all parties are directed to appear.  The parties are directed to file a joint proposed agenda for the conference by **Thursday, June 12, 2025**.  The parties should be prepared to discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner.

**SO ORDERED.**

Dated: May 8, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge