**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
TACTICAL INFRASTRUCTURE S.A.
:
:
       Plaintiff,    :    24-cv-2307 (JGK) (OTW)
:
  -against-    :    **ORDER**
:
APEX ENERGY ALTERNATIVE RESOURCES, INC., :
et al.    :
:
       Defendants.   :
:
-------------------------------------------------------------x

  **ONA T. WANG, United States Magistrate Judge:**

  The parties are directed to file a joint status letter on the last business Friday of each month until the end of discovery, beginning **Friday, July 25, 2025**.

  **SO ORDERED.**

|  |  |
|---|---|
| Dated: June 17, 2025 | _s/ Ona T. Wang_ |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |