```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**TACTICAL INFRASTRUCTURE S.A.,**

             Plaintiff,

   - against -

**APEX ENERGY ALTERNATIVE RESOURCES, INC., ET AL.,**

             Defendants.

―――――――――――――――――――――――――――――――

24-cv-2307 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The counterclaim-defendant has filed a motion to dismiss. ECF No. 86. The defendants should respond by **September 5, 2025.** The counterclaim-defendant may reply by **September 15, 2025.**

**SO ORDERED.**

**Dated:**   **New York, New York**
           **August 18, 2025**

                                           /s/ John G. Koeltl
                                              **John G. Koeltl
                                    United States District Judge**