UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

TACTICAL INFRASTRUCTURE S.A.,

            Plaintiff

        -against-                                      24 Civ. 2307 (JGK) (OTW)

APEX ENERGY ALTERNATIVE RESOURCES, INC., et al.,      <u>ORDER TO STRIKE</u>

           Defendants.

**ONA T. WANG**, **United States Magistrate Judge:**

The Court's Initial Case Management Order (Dkt. 92) has an incorrect caption and the Court respectfully directs the Clerk of Court to **strike document number 92 from the docket but retain the summary docket text for the record.** A new Order will be issued.

**SO ORDERED.**

Dated: September 4, 2025                          <u>*s/ Ona T. Wang*</u>
      New York, New York                      **Ona T. Wang**
                                                            United States Magistrate Judge