# C|T|S|W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

# MEMO ENDORSED.

direct: 212-381-8745
e-mail: krubinstein@ctswlaw.com

September 10, 2025

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Tactical Infrastructure S.A. v. Apex Energy Alternative Resources, Inc., et al.*
1:24-cv-02307 (JGK)

Dear Judge Wang:

I represent Tactical Infrastructure S.A. ("Tactical") and counterclaim-defendant Uri Ansbacher ("Ansbacher"). Pursuant to a September 9, 2025 Order (Dkt. 95), the Court scheduled a status conference for Thursday, September 18, 2025. I have a previously scheduled deposition that day and am therefore unavailable. I have conferred with counsel for defendants and we are both available on the morning of September 30, 2025. I respectfully request that this conference be adjourned to September 30 (if the Court is available).

Thank you for your consideration.

Respectfully submitted,

/s/ Kenneth J. Rubinstein

Kenneth J. Rubinstein

The status conference is **ADJOURNED** to Wednesday, September 17, 2025 at 11:30 a.m.

SO ORDERED.

Ona T. Wang     September 11, 2025
U.S.M.J.

420 Lexington Avenue | New York, New York 10170 | Phone: 212.586.5800 | Fax: 212.586.5095 | www.ctswlaw.com