**MEMO ENDORSED**

# C|T|S|W
### COHEN TAUBER SPIEVACK & WAGNER P.C.

direct:  212-381-8745
e-mail:  krubinstein@ctswlaw.com

October 1, 2025

**SO ORDERED:**

*By ECF*

Application **GRANTED**.  The November 18th conference will be rescheduled to November 12, 2025 at 11:30 a.m.

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

_____
**Ona T. Wang**                    10/1/25
United States Magistrate Judge

Re:   *Tactical Infrastructure S.A. v. Apex Energy Alternative Resources, Inc., et al.*
      1:24-cv-02307 (JGK)

Dear Judge Wang:

I represent Tactical Infrastructure S.A. ("Tactical") and counterclaim-defendant Uri Ansbacher ("Ansbacher").  Pursuant to a September 30, 2025 Order (Dkt. 108), the Court scheduled a status conference for Tuesday, November 18, 2025.  I have a previously scheduled mediation that day and am therefore unavailable.  I have conferred with defendants' counsel and we are both available on *November 12 or 13*.  I respectfully request that the conference be adjourned to one of these days (if the Court is available).

Thank you for your consideration.

Respectfully submitted,

/s/ Kenneth J. Rubinstein

Kenneth J. Rubinstein