**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TACTICAL INFRASTRUCTURE S.A.

                Plaintiff,

      -against-

APEX ENERGY ALTERNATIVE RESOURCES, INC., et al.

                Defendants.
------------------------------------------------------------x

24-cv-2307 (JGK) (OTW)

**POST-CONFERENCE ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court held a status conference in this matter on September 30, 2025. As discussed at the conference, the fact discovery deadline is **EXTENDED** to **December 17, 2025.** Accordingly, the parties are directed to meet and confer, in good faith, and then file a joint status letter **by October 17, 2025**, informing the Court:

- What efforts the parties have made to resolve the issue of Defendants' subpoena on Citibank and, if no resolution has been reached, a proposed briefing schedule for Plaintiff's motion to modify the subpoena or for a protective order; and

- resolution of any issues contained in Defendants' most recent deficiency letter including the parties' efforts to resolve or narrow disputes, what disputes remain, and a proposed briefing schedule for any unresolved disputes.

The joint status letter shall be limited to **5 pages**.

For the reasons stated at the conference, it is **FURTHER ORDERED** that Defendants' motion to compel Plaintiff to produce a privilege log is due **October 17, 2025**. Plaintiff's opposition is due **October 21, 2025**. Defendants' reply, if any, is due **October 21, 2025.**

The Clerk of Court is respectfully directed to close ECF 100.

**SO ORDERED.**

Dated: October 2, 2025
New York, New York

_/s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge