**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

TACTICAL INFRASTRUCTURE S.A.

                       Plaintiff,                    24-cv-2307 (JGK) (OTW)

          -against-                      **ORDER**

APEX ENERGY ALTERNATIVE RESOURCES, INC., et al.

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 117. To the extent counsel seeks approval for alternate service (ECF 117-1 at 3 ¶ 8), that request is **GRANTED**. ECF 117 is otherwise **DENIED** with leave to refile a motion to withdraw as counsel in compliance in with Rule 1.4. of the Local Rules for the Southern and Eastern District of New York and my Individual Rules and Practices in Civil Cases V(a).

Defendants are further directed to make a separate letter motion for a stay, if desired. Plaintiff's opposition to a stay, if any, shall be due within 7 days of Defendants' motion. There shall be no replies.

      **SO ORDERED.**

                                                                                   */s/ Ona T. Wang*

Dated: October 14, 2025                            **Ona T. Wang**
       New York, New York                    United States Magistrate Judge