UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TACTICAL INFRASTRUCTURE S.A.

                        Plaintiff,                        24-cv-2307 (JGK) (OTW)

          -against-                              **ORDER**

APEX ENERGY ALTERNATIVE RESOURCES, INC.,
et al.

                      Defendants.
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed ECF 139, Plaintiff's request to reconsider sanctions and for an extension of the deadline to produce a privilege log; and ECF Nos. 140 – 141, defense counsel's request to renew his prior application to withdraw and for an interim stay.

      ECF 139 is **GRANTED IN PART:** Plaintiff's deadline to produce a privilege log is **EXTENDED** to **November 25, 2025**; and **DENIED IN PART**: In light of defense counsel's letter at ECF 140 that he will not file a motion for fees, Plaintiff's request for reconsideration of sanctions is moot. Plaintiff is **FURTHER ORDERED** to file a certification on the docket that it has produced the privilege log to Defendants no later than **November 26, 2025**.

      The Court will consider defense counsel's renewed motions once Plaintiff has certified that it has produced a privilege log to Defendants.

      SO ORDERED.

                                                                /s/ Ona T. Wang
Dated: November 17, 2025                        **Ona T. Wang**
      New York, New York             United States Magistrate Judge