**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                      :

TACTICAL INFRASTRUCTURE S.A.      :

                       Plaintiff,     :       24-cv-2307 (JGK) (OTW)

                               :

         -against-        :       **ORDER**

                               :

APEX ENERGY ALTERNATIVE RESOURCES, INC., :
et al.

                               :

                Defendants.    :

                               :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 146, an application by *pro se* Defendant Robert Willoughby requesting an adjournment of the upcoming December 17, 2025, status conference in the above captioned matter. As discussed in the Court's prior Order, (ECF 144) the Court will hold the December 17, 2025, status conference as scheduled, notwithstanding the withdraw of Defendants' former counsel from this matter. Defendants are warned, again, that **a failure to attend may result in a recommendation to Judge Koeltl that he enter a default judgment against one or both Defendants.** Accordingly, the application for an adjournment is **DENIED.**

Plaintiffs are directed to serve a copy of this Order to *pro se* Defendant Willoughby at his last known address by **December 16, 2025**.

       **SO ORDERED.**

                                     */s/ Ona T. Wang*

Dated: December 16, 2025               **Ona T. Wang**
      New York, New York          United States Magistrate Judge