**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
TACTICAL INFRASTRUCTURE S.A.                     :
:
                    Plaintiff,          :          24-cv-2307 (JGK) (OTW)
:
          -against-                          :
:          **ORDER**
:
APEX ENERGY ALTERNATIVE RESOURCES, INC.,  :
et al.                                                            :
:
              Defendants.         :
:
:
-------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

     The Court has reviewed Defendant Willoughby's[1] submissions at ECF Nos. 161-167.

Plaintiff has also sought guidance on whether to respond to Willoughby's submissions. (ECF

168). The Court will construe Willoughby's filings as a motion for reconsideration of the Report

and Recommendation at ECF 158 and directs supplemental briefing as follows:

1. Plaintiff is directed to file a response to ECF Nos. 161-167 by **February 20, 2026**, that also updates the Court on whether counsel has had any further communications with Defendant Willoughby.
2. Defendant Willoughby is directed to file, under seal, any documentation of the "grave illness" that he reports rendered him unable to timely respond to Plaintiff's proposed joint letter by **February 27, 2026**. (*See* e-mail screenshot, ECF 167). Such documentation should include, for example, doctors' records and/or records of visits to medical providers.
3. Willoughby is further directed to file a sworn statement that sets forth the dates on which he took action to seek representation for himself and what action was taken. Willoughby shall, to the extent possible, identify the law firms and lawyers he contacted, and whether any of those lawyers or firms are still considering representation.

---

[1] To the extent that Defendant Apex may or may not be Willoughby's corporate alter-ego, a corporation cannot represent itself without an attorney. Accordingly, to the extent Willoughby has the legal authority to act on behalf of Apex with respect to this Order, he cannot do so, and may only act on his own behalf, in an individual capacity.

**Defendant is warned that a failure to submit any written response by the deadline(s) will be a direct violation of a Court Order, may result in a denial of Willougby's motion for reconsideration, and may result in monetary and other sanctions under Fed. R. Civ. P. 16 and/or 37.**

Plaintiff is directed to serve a copy of this Order on *pro se* Defendant Willoughby by any means that provides actual notice to Willoughby. Personal service (*i.e.* in-person) is not required. **Plaintiff is directed to file proof of such service by February 18, 2026.**

SO ORDERED.

/s/ Ona T. Wang

Dated: February 13, 2026            **Ona T. Wang**
New York, New York                 United States Magistrate Judge

2