**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
|   |   |
TACTICAL INFRASTRUCTURE S.A.

                     Plaintiff,         :       24-cv-2307 (JGK) (OTW)

       -against-         :       **ORDER**

APEX ENERGY ALTERNATIVE RESOURCES, INC.,
et al.

                Defendants.

------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that Defendants' prior counsel filed an unopposed motion to amend Defendants' answer and counterclaims. (ECF 86). As Defendant Apex no longer has counsel, that motion is **GRANTED** as to **Defendant Willoughby only**. Willoughby is directed to file his amended answer by **February 27, 2026**.  Accordingly, third-party defendant Uri Ansbacher's motion, (ECF 86) to dismiss Defendants' prior counterclaims at ECF 56 is **DENIED AS MOOT.**

     Plaintiff is directed to serve a copy of this Order on *pro se* Defendant Willoughby by any means that provides actual notice to Willoughby. Personal service (*i.e.* in-person) is not required. Plaintiff is directed to file proof of such service by **February 20, 2026.**

2

The Clerk of Court is respectfully directed to close ECF Nos. 86 and 115.

**SO ORDERED.**

_/s/ Ona T. Wang_

Dated: February 18, 2026

New York, New York

**Ona T. Wang**

United States Magistrate Judge

2