**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TACTICAL INFRASTRUCTURE S.A.,**

**Plaintiff,**

**- against -**

**APEX ENERGY ALTERNATIVE RESOURCES, INC., ET AL,**

**Defendants.**

---

**24-cv-2307 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On January 23, 2026, Magistrate Judge Wang issued a Report and Recommendation recommending that the Answer (ECF No. 56) by the defendants Apex Energy Alternative Resources ("Apex") and Robert Willoughby be stricken and a default judgment be entered against them. ECF No. 158. After giving the defendants further opportunities to appear to no avail, on August 24, 2026, Magistrate Judge Wang provided a Supplemental Report and Recommendation on the matter that confirmed the recommendations of the first report. ECF No. 184.

The Court has reviewed the Reports of Magistrate Judge Wang. Both recommend (1) striking the defendants' Answer; (2) entering a judgment of default against the defendants; and (3) commencing an inquest on damages.

No objections have been filed to the Supplemental Report, and the time for any objections has passed. In any event, the Court finds that the Supplemental Report is well reasoned and correct. The Court therefore adopts the Supplemental Report and concludes that the defendants' Answer

(ECF No. 56) should be stricken, and the plaintiff is entitled to a default judgment against the defendants. The case is referred to Magistrate Judge Wang for an inquest on damages.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 15, 2026**

**John G. Koeltl**
**United States District Judge**